# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Bhavin Patel*

**DEFENDANTS**

*Anna Chan, et. Al.*

(b) County of Residence of First Listed Plaintiff *Philadelphia*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
*SIP Immigration, 160 Walnut St Suite 1200, Phila, PA 19102 215-564-1990*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ❏ 1 U.S. Government Plaintiff | ❏ 3 Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 U.S. Government Defendant | ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | ❏ 368 Asbestos Personal Injury Product | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | | ❏ 370 Other Fraud | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 380 Other Personal Property Damage | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 385 Property Damage Product Liability | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| | | | | | ❏ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty **Other:** | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | ☒ 540 Mandamus & Other | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 550 Civil Rights | ☒ 465 Other Immigration Actions | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ❏ 2 Removed from State Court ❏ 3 Remanded from Appellate Court ❏ 4 Reinstated or Reopened ❏ 5 Transferred from Another District *(specify)* ❏ 6 Multidistrict Litigation - Transfer ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*28 U.S.C. 1331 + 1361*

Brief description of cause: *writ of mandamus*

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE *3/26/19*

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**19    1285**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 3455 street RD Apt ADams 11 Bensalem, PA 19020

Address of Defendant: 30 N. 41st Philodelphia PA 19104

Place of Accident, Incident or Transaction: Philodelphia

---

**RELATED CASE, IF ANY:**

Case Number: _ _ _ _ _ _ _ _ _    Judge: _ _ _ _ _ _ _ _ _    Date Terminated: _ _ _ _ _ _ _

Civil cases are deemed related when *Yes* is answered to any of the following questions:

| | | | |
|---|---|---|---|
| 1 | Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? | Yes ☐ | No ☒ |
| 2. | Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? | Yes ☐ | No ☒ |
| 3. | Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? | Yes ☐ | No ☒ |
| 4 | Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? | Yes ☐ | No ☒ |

I certify that, to my knowledge, the within case  ☐ is  / ☒ is not  related to any case now pending or within one year previously terminated action in this court except as noted above

DATE 03/27/2019

_____
*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I D # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.    Federal Question Cases:**

- ☐ 1.  Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2   FELA
- ☐ 3.  Jones Act-Personal Injury
- ☐ 4   Antitrust
- ☐ 5   Patent
- ☐ 6.  Labor-Management Relations
- ☐ 7.  Civil Rights
- ☐ 8.  Habeas Corpus
- ☐ 9   Securities Act(s) Cases
- ☐ 10  Social Security Review Cases
- ☒ 11  All other Federal Question Cases
  *(Please specify)* _ _ _ _ _ _ _ _ _ _

**B.    Diversity Jurisdiction Cases:**

- ☐ 1   Insurance Contract and Other Contracts
- ☐ 2   Airplane Personal Injury
- ☐ 3.  Assault, Defamation
- ☐ 4   Marine Personal Injury
- ☐ 5.  Motor Vehicle Personal Injury
- ☐ 6   Other Personal Injury *(Please specify)* _ _ _ _ _ _ _
- ☐ 7.  Products Liability
- ☐ 8   Products Liability – Asbestos
- ☐ 9   All other Diversity Cases
  *(Please specify)* _ _ _ _ _ _ _ _ _

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Adam M Solow Esq. , counsel of record *or* pro se plaintiff, do hereby certify

☒ Pursuant to Local Civil Rule 53 2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☒ Relief other than monetary damages is sought.

**MAR 27 2019**

DATE 03/27/2019

_____
*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I D # (if applicable)*

NOTE  A trial de novo will be a trial by jury only if there has been compliance with F R C P 38

## CASE MANAGEMENT TRACK DESIGNATION FORM

Patel

        v.

Chau, et. al.

:
:
:
:
:

CIVIL ACTION

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.      ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.      ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.      ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      (x)

| 3/27/19 | | Bhavin Patel |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-564-1990 | 215-564-1998 | adam@sipimmigration.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

Adam Solow, Attorney for Plaintiff
Solow, Isbell & Palladino, LLC
1601 Walnut Street, Ste. 1200
Philadelphia, PA 19102
(t) 215-564-1990 (f) 215-564-1998/ adam@sipimmigration.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATEL, Bhavin (A#207-385-987) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiffs,* | ) | Civil Action No:_____ |
| | ) | |
| v. | ) | |
| | ) | **Complaint for Declaratory** |
| | ) | **and Injunctive Relief** |
| | ) | **under Writ of Mandamus** |
| Anna K. CHAU U.S. Citizenship and | ) | |
| Immigration Service, Newark Asylum | ) | |
| Office; | ) | |
| Kirstjen NIELSEN Secretary of the U.S. | ) | |
| Department of Homeland Security; | ) | |
| Francis CISSNA, Director of U.S. | ) | |
| Citizenship and Immigration Service; | ) | |
| William BARR, Attorney General | ) | |
| of the United States | ) | |
| | ) | |
| *Defendants.* | ) | |

## COMPLAINT FOR WRIT OF MANDAMUS

To the Honorable Judge of Said Court:

## INTRODUCTION:

1

This action is brought by the Plaintiff to compel the United States Citizenship and Immigration Service (hereinafter "USCIS") and other Defendants to adjudicate the I-751 Application to Remove Conditions on Permanent Residence filed by Mr. Patel. This application has been on file with the United States Citizenship and Immigration Service (hereinafter "USCIS") since January 14, 2017, and to this date the Defendants have refused to complete the adjudication of his petition. *See* Exhibit 1 (demonstrating Mr. Patel's attempts to resolve his case with the agency). After repeated attempts by the Plaintiff over the course of over two years, this case remains pending and USCIS has not acted to complete processing of the case. Accordingly, the Plaintiffs now seek redress from this honorable court to compel the parties to complete their case.

**PARTIES**:

1. The Plaintiff, Bhavin Patel, is a conditional permanent resident of United States. On January 14, 2017, he filed an I-751 application to remove conditions on permanent residence on his behalf. See Exhibit 1. As of the date of this filing, and despite every attempt to resolve this case without resorting to litigation, USCIS still has not made a decision regarding Mr. Patel's application, a wait of nearly two years. See Exhibit 2.

2

2. The Defendant, Kirstjen Nielson, is the Secretary of the U.S. Department of Homeland Security, an executive agency of the United States government. He is charged by law with the obligation of ensuring that applications by aliens – such as Mr. Patel – who are seeking to become U.S. permanent residents are timely adjudicated by the officials within the United States Citizenship and Immigration Service – a sub-agency within the U.S. Department of Homeland Security.

3. The Defendant, Francis Cissna, is the Director of the United States Citizenship and Immigration Service (USCIS), a sub-agency within the U.S. Department of Homeland Security, an executive agency of the United States government. USCIS is charged by law with the obligation of adjudicating applications by aliens– such as Mr. Patel– who are seeking to become U.S. permanent residents.

4. The Defendant, Anna Chau, is the Director of the Philadelphia Sub-Office of the United States Citizenship and Immigration Service, a sub-agency within the U.S. Department of Homeland Security, an executive agency of the United States government. She is charged by law with the obligation of adjudicating applications by aliens– such as Mr. Patel– who are seeking to become U.S. permanent residents.

5. The Defendant, William Barr, is the Attorney General of the United States, the head officer in the Department of Justice, an executive agency of the United States government. He represents the United States in legal matters and gives advice and opinions to the President and to the heads of the executive departments of the Government.

**JURISDICITION:**

6. This is a civil action brought pursuant to 28 U.S.C. §§ 1331 and 1361 to redress the deprivation of rights, privileges, and immunities secured by Mr. Patel, by which jurisdiction is conferred to compel the Defendants and those working under them to perform the duties that they owe to the Plaintiff.

9. Jurisdiction is also conferred by 5 U.S.C. § 704 because the Plaintiff are aggrieved by adverse executive agency action, as the Administrative Procedure Act requires in order to confer jurisdiction on the District Courts. See 5 U.S.C. §§ 702, *et. seq.*

10. The aid of the Court is invoked under 28 U.S.C. §§ 2201 and 2202, which authorize declaratory judgments, such as the relief that the Plaintiff is seeking.

**VENUE:**

4

11. Venue is proper in Philadelphia, Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, in that this is an action against officers and agencies of the United States in their official capacities and where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred. <u>See</u> 28 U.S.C § 1391(e)(2).

## LEGAL PRECEDENT AND CHALLENGED PRACTICES

12. While neither statute nor regulation establishes a deadline *per se*, the duty to adjudicate applications is nondiscretionary and ministerial. <u>See Kaplan v. Chistoff</u>, 481 F. Supp. 2d 370, 399 (E.D.Pa. 2007)(USCIS "does not possess unfettered discretion to relegate aliens to a state of limbo, leaving them to languish thise indefinitely"); <u>See also Ajmal v. Mueller</u>, 2007 U.S. Dist. LEXIS 52046 (E.D. Pa 2007); <u>Yu v. Brown</u> F. Supp. 2d. 922,923 (D.N.M. 1999); <u>Yong Tang v. Chistoff</u> 493 F. Supp. 2d 148, 150 (D. Mass 2007). Moreover, 5 U.S.C. § 706(1) and 555(b) implies that this duty must be carried out within a reasonable time. <u>See Tang</u>, F Supp. 2d at 150 ("grant of application of adjustment of status is not legally required, but adjudication of the application one way or another is."). <u>See also Alkeylani v. DHS</u>, 514 F. Supp. 2d 258 (D. Conn. 2007); <u>Dong v.</u>

Chistoff, 513 F. Supp. 2d 1158, 1166-68 (N.D. Cal 2007)(8 C.F.R. 103.2(b)(18) limits the discretion of USCIS to continue/withhold the adjudication of an I-485 application pending for a year and therefore the demand that the I-485 application be adjudicated *is subject* to judicial review under mandamus and APA §706(1))

13.Moreover, requiring Defendants to adjudicate the Petition within two years of receiving such petition is not contrary to the rule of reason. See Exhibit 1 attached to this Complaint (containing USCIS receipt notice (EAC1708900385) showing a filing date of January 14, 2017.)

14.On the balance, delays in processing have had significant consequences for the welfare of the Plaintiff. See Ibrahim v. Michael Chistoff, 2007 U.S. District 38352 at 14 (S.D. Cal. 2007)(Court found mere restrictions to travel and work freely, and delay in efforts towards applying for citizenship to be sufficient to grant mandamus relief, and while Mr. Ibrahim's I-485 Application had been pending for a slightly longer time period than the Plaintiffs application, the Court was quick to point out that *Courts have afforded relief even whise delay was significantly shorter*, (citing Singh v. Still 470 F. Supp. 2d 1064, 1071 (N.D. Cal. 2006)(emphasis added)).

15. Despite the clear intent of Congress, Defendants have maintained, and continue to maintain, a practice which denies applicant the rights secured to them pursuant to relevant statutes. Despite the statutory mandate for the agency to adjudicate visa petitions within a reasonable time, the Plaintiff has not been formally notified of a decision on his petition despite making multiple inquiries in writing and by telephone, through formal, official channels on the status of their petition.

16. The Plaintiff has waited over twenty-six months since filing and still have not been given a decision on his application nor an interview.

**REMEDY SOUGHT:**

17. The Plaintiff respectfully asks that this Court compel the Defendants and their subordinates to complete the necessary review for USCIS to adjudicate his long-pending I-751 removal of conditions application.

18. The Plaintiff is also seeking costs and attorneys fees pursuant to the Equal Access to Justice Act, 5 U.S.C. § 504 and 28 U.S.C. § 2141(d), *et seq.*

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:**

19. There is no administrative remedy prescribed for the Defendants' neglect of their duties toward Mr. Patel.

20. However, the Plaintiffs has repeatedly made inquiries with the Defendants through their subordinates as to the status of the Plaintiff's application. None of the inquiries or requests for action made by the Plaintiff produced any action on the part of the Defendants.

**CAUSE OF ACTION:**

21. A careful review of the record indicates no other reason why the Plaintiff is not eligible for adjustment of status. Although it is understandable, and even preferable, that the Defendants investigate this case, there is no reason for the investigation of this case to take over two years. In fact, in most cases review associated with an I-751 application are completed within months of filing the application and petitioners do not suffer harm or undue delay.

22. Plaintiff asserts that the Defendants have no legal basis for failing to proceed with adjudication of his his I-751 petition.

23. Mandamus is appropriate in Plaintiff's case because there is no other remedy for them to pursue at law.

**PRAYER:**

24. Wherefore, the Plaintiff prays that this Honorable Court compels the Defendants to perform their duties to complete required review associated with Plaintiff's I-751 Petition and adjudicate the

application with all possible expediency, grant such other relief as may be proper under the circumstances, and grant attorneys' fees and costs of court pursuant to 5 U.S.C. § 504 and 28 U.S.C. §§2141(d), *et seq.*

25. The Plaintiff further prays that if the Defendants' decision is adverse to the Plaintiff, that their decision include justification and explanation for their action to preclude the sense of retaliation for having brought this lawsuit or for having exposed the Defendants' inefficiency to the senior officers of the district, region, central offices of the USCIS, and other interested parties within the Executive Branch.

Respectfully Submitted,

Adam Solow, Esq.
PA Reg.# 204466
Attorney for Plaintiff
ams2324

Adam Solow, Attorney for Plaintiff
Solow, Isbell & Palladino, LLC
1601 Walnut Street, Ste. 1200
Philadelphia, PA 19102
(t) 215-564-1990 (f) 215-564-1998/ adam@sipimmigration.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATEL, Bhavin (A#207-385-987) ) ) ) ) | |
| *Plaintiffs,* ) | Civil Action No:_____ |
| ) | |
| v. ) | |
| ) | **Complaint for Declaratory** |
| ) | **and Injunctive Relief** |
| ) | **under Writ of Mandamus** |
| Anna K. CHAU U.S. Citizenship and ) | |
| Immigration Service, Newark Asylum ) | |
| Office; ) | |
| Kirstjen NIELSEN Secretary of the U.S. ) | |
| Department of Homeland Security; ) | |
| Francis CISSNA, Director of U.S. ) | |
| Citizenship and Immigration Service; ) | |
| William BARR, Attorney General ) | |
| of the United States ) | |
| ) | |
| *Defendants.* ) | |

## TABLE OF CONTENTS

A.  USCIS biometrics notice for Plaintiff's I-751, indicating that his case has been pending since January 14, 2017

B.  Email correspondence with USCIS Field Office in Philadelphia, requesting an interview date for Plaintiff's I-751

# Exhibit A

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | APPLICATION/PETITION/REQUEST NUMBER<br>EAC1708900385 - EAC1706250273 | | NOTICE DATE<br>01/14/2017 |
|---|---|---|---|
| CASE TYPE<br>I751 - CRI89 | SOCIAL SECURITY NUMBER | USCIS A#<br>A207 385 987 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>VSC | PAGE<br>1 of 1 |

BHAVIN ATULKUMAR PATEL
3455 STREET RD APT ADAMS 11
BENSALEM PA 19020



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS PHILADELPHIA | DATE AND TIME OF APPOINTMENT |
| 10300 Drummond Road Suite 100 | 01/30/2017 |
| Philadelphia PA 19154 | 11:00AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

NOTE: When you appear at the USCIS Application Support Center, you will reaffirm, under penalty of perjury, that you reviewed and understood your application, petition, or request and all supporting documents, that the answers were provided by you, and that the contents of your application, petition, or request are complete, true, and correct. If you were assisted in completing your application, petition, or request, you will be reaffirming that the person assisting you also reviewed the **Acknowledgement of Appointment at USCIS Application Support Center** with you.

NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

NOTE: If the USCIS ASC is _closed_ due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

### REQUEST FOR RESCHEDULING
❏ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

| APPLICATION NUMBER<br>I751 - EAC1708900385 | APPLICATION NUMBER 2<br>CRI89 - EAC1706250273 |
|---|---|

**If you have any questions regarding this notice, please call 1-800-375-5283.**

WARNING: _Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics._



# Exhibit B



Adam Solow <adam@sipimmigration.com>

---

# I-751-Entry of Appearance and additional evidence

4 messages

---

**Adam Solow** <adam@sipimmigration.com>                    Thu, Feb 7, 2019 at 4:33 PM
To: "PHI, Attorney Inquiries" <phi.attorney.inquiries@uscis.dhs.gov>
Bcc: dropbox@94097468.solowisbellpalladinollc.highrisehq.com

Dear Sir or madam,

I represent the following individual:

Bhavin Patel
A207-385-987
I-751 RN: EAC1708900385
India

Ive submitted my G28 and evidence in support of Mr. Patel's I-751. He was previously represented by Amrita Mohanty. Please register me as his attorney of record. I have also submitted additional evidence in support of his I-751 including pictures from his wedding in India, flight itineraries for his honeymoon in Dubai, and other evidence in support of his case. Mr. Patel welcomes an interview at your earliest convenience.

--


Adam M. Solow, Esq.

Solow, Isbell & Palladino, LLC
1601 Walnut Street, Suite 1200
Philadelphia, PA 19102
office: (215) 564-1990
fax: (215) 564-1998
e-mail: adam@sipimmigration.com
website: http://www.sipimmigration.com

**New Jersey Office:**
2926 Westfield Avenue
Camden, NJ 08105

**Delaware County Office:**
1 West 3rd St (3rd and Jackson), 2nd Floor
Media, PA 19063

follow us on Facebook: https://www.facebook.com/SIPimmigration

*Notice: This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately*

*notify us by telephone at the above number and destroy the original message.*
**The content of this e-mail does not constitute specific legal advice unless our office has already been formally retained, and the content has been designated as such. Furthermore, this e-mail, whether initiated from our office or sent in response to an e-mail, does not create an attorney-client relationship between the sender and recipient**

---

📄 **20190207162416181.pdf**
9734K

---

**PHI, Attorney Inquiries** <phi.attorney.inquiries@uscis.dhs.gov>          Thu, Feb 7, 2019 at 4:44 PM
To: Adam Solow <adam@sipimmigration.com>

## THIS IS AN AUTOMATIC REPLY; PLEASE DO NOT RESPOND.

## THANK YOU FOR CONTACTING THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES PHILADELPHIA FIELD OFFICE ATTORNEY INQUIRY MAILBOX.

## <u>IMPORTANT NOTE:  Please scan and attach a copy of your G-28 and include with any inquiry submission to this email box.</u>

Please accept this message as evidence that we have received your inquiry. The purpose of this mailbox is to provide an efficient way to provide service on an application pending in this office.

To further assist you, when submitting inquiries, please follow these guidelines:

·     The Subject Line must contain the Application Type (e.g., N400, I-485, I-130) and if your request is for rescheduling. **Example: N400 RESCHEDULE.** You should also include any relevant information such as the date of filing or date of interview.

·     PLEASE NOTE: We provide expedited processing for inquiries related to DV Lottery, "Age-out" cases and I-130 petitions awaiting adjudication with an EOIR hearing date for the beneficiary within less than 30 days of the inquiry.   If you are requesting expeditious handling of an application, please type the reason for expeditious handling (e.g.:  DV or AGE OUT), in the subject line of your e-mail with the corresponding Application type.

·     Please include your client's name, A-Number, and any receipt number in the body of the email. Please DO NOT put any social security number or date of birth.

Our goal is to have a definitive response to your email within 30 days of receipt. Please do not attempt to follow up on this case within these 30 days.

Once again, thank you for contacting the Philadelphia Field Office.

---

**Adam Solow** <adam@sipimmigration.com>                    Mon, Mar 4, 2019 at 8:09 AM
To: Bhavin Patel <pharma.bhavin@gmail.com>

yes of course I entered my appearance and submitted documents. Attached is USCIS confirmation that they received my request

[Quoted text hidden]

[Quoted text hidden]

---

**Bhavin Patel** <pharma.bhavin@gmail.com>                    Mon, Mar 4, 2019 at 8:14 AM
To: Adam Solow <adam@sipimmigration.com>

Thanks Adam for quick response. Please let me know your recommendation either to wait or to file a mandamus. If you recommend mandamus now, would you be able to schedule a call or meeting?

Regards,
Bhavin

[Quoted text hidden]

Adam Solow, Attorney for Plaintiff
Solow, Isbell & Palladino, LLC
1601 Walnut Street, Ste. 1200
Philadelphia, PA 19102
(t) 215-564-1990 (f) 215-564-1998/ adam@sipimmigration.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| PATEL, Bhavin (A#207-385-987) | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civil Action No:_____ |
| v. | ) ) | |
|  | ) ) ) | **Complaint for Declaratory and Injunctive Relief under Writ of Mandamus** |
| Anna K. CHAU U.S. Citizenship and Immigration Service, Newark Asylum Office; Kirstjen NIELSEN Secretary of the U.S. Department of Homeland Security; Francis CISSNA, Director of U.S. Citizenship and Immigration Service; William BARR, Attorney General of the United States | ) ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

## CERTIFICATE OF SERVICE

I, Adam Solow, Esq. certify that on the 27ᵗʰ day of March, 2019, I caused to be served a copy of the attached Complaint for Writ of Mandamus on the following persons at the following addresses by placing a copy of the Complaint for Writ of Mandamus in a sealed envelope with first class postage prepaid:

Anna Chua

Director, Philadelphia Field Office
30 N. 41ˢᵗ Street
Philadelphia, PA 19130

William Barr
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kirstjen Nielsen
Secretary of the U.S. Department of Homeland Security
3801 Nebraska Avenue, NW
Washington, D.C. 20528

Francis Cissna
Director, US Citizenship and Immigration Services
20 Massachusetts Avenue NW, 3ʳᵈ Floor
Washington, D.C. 20529